| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 2626013 | **DATE** 07/06/2023 |
|---|---|---|---|---|

| **NAME** PEARSON JR., David Leron | **OFFICER** Timothy M. Clolinger | **JUDGE** Linda V. Parker | **DOCKET #** 16-CR-20601-01 |
|---|---|---|---|

| **ORIGINAL SENTENCE DATE** 03/29/2017 | **SUPERVISION TYPE** Supervised Release | **CRIMINAL HISTORY CATEGORY** VI | **TOTAL OFFENSE LEVEL** 29 | **PHOTO** |
|---|---|---|---|---|
| **COMMENCED** 10/14/2022 | | | | |
| **EXPIRATION** 10/13/2025 | | | | |

| **ASST. U.S. ATTORNEY** Christopher Rawsthorne | **DEFENSE ATTORNEY** To Be Determined |
|---|---|

**REPORT PURPOSE**

**TO ISSUE A WARRANT**

**ORIGINAL OFFENSE**

Count 1: 21 U.S.C. § 841(a)(1) and 841(b)(1)(C), Possession with Intent to Distribute Heroin

**SENTENCE DISPOSITION**

Custody of the Bureau of Prisons for a term of 108 months, to be followed by a three-year term of supervised release.

Sentence Reduction: 10/14/2022: Order Regarding Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2), custodial sentence was reduced to time served. All other conditions of the original judgment remain in full force and effect.

**ORIGINAL SPECIAL CONDITIONS**

1. The defendant shall establish a plan with the Genesee County Friend of the Court to satisfy the child support arrearage with that agency and abide by that plan.
2. The defendant shall establish a plan with the Wayne County Friend of the Court to satisfy the child support arrearage with that agency and abide by that plan.
3. The defendant shall not use or possess alcohol in any consumable form, nor shall the defendant be in the social company of any person whom the defendant knows to be in possession of alcohol or illegal drugs or frequent an establishment where alcohol is served for consumption on the premises, with the exception of restaurants.
4. The defendant shall participate in a program approved by the probation department for substance abuse, which may include testing to determine if the defendant has reverted to the use of drugs or alcohol, if necessary.
5. The defendant shall submit his person, residence, office, vehicle(s), papers, business or place of employment, and any property under his control to a search. Such a search shall be conducted by a United

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 2626013 | **DATE** 07/06/2023 |
|---|---|---|---|---|
| **NAME** PEARSON JR., David Leron | | **OFFICER** Timothy M. Clolinger | **JUDGE** Linda V. Parker | **DOCKET #** 16-CR-20601-01 |

States Probation Officer at a reasonable time and in a reasonable manner based upon a reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

Criminal Monetary Penalty: Special Assessment $100.00 (Paid).

The probation officer believes that the offender has violated the following condition(s) of Supervised Release:

| VIOLATION NUMBER | NATURE OF NONCOMPLIANCE |
|---|---|
| 1 | **Violation of Mandatory Condition :** "YOU MUST NOT COMMIT ANOTHER FEDERAL, STATE, OR LOCAL CRIME."<br><br>On May 31, 2023, troopers from the Michigan State Police were conducting surveillance due to information that heroin and fentanyl were being sold at a party store at Hammerberg and Atherton Roads in Flint, Michigan. PEARSON was detained in the parking lot of the party store due to fitting an exact description of the individual selling drugs at that location. A search of PEARSON revealed a plastic baggie with fentanyl totaling 41.2 grams (including the weight of the baggie). PEARSON admitted that the fentanyl was his and he intended to sell it as well as admitting that he sells fentanyl and cocaine. PEARSON was also in possession of several hundred dollars in small bills at the time he was detained. He admitted to selling fentanyl and cocaine. PEARSON was released pending further investigation. |
| 2 | **Violation of Standard Condition No. 7:** "YOU MUST WORK FULL TIME (AT LEAST 30 HOURS PER WEEK) AT A LAWFUL TYPE OF EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU DO NOT HAVE FULL-TIME EMPLOYMENT YOU MUST TRY TO FIND FULL-TIME EMPLOYMENT, UNLESS THE PROBATION OFFICER EXCUSES YOU FROM DOING SO. IF YOU PLAN TO CHANGE WHERE YOU WORK OR ANYTHING ABOUT YOUR WORK (SUCH AS YOUR POSITION OR YOUR JOB RESPONSIBILITIES), YOU MUST NOTIFY THE PROBATION OFFICER AT LEAST 10 DAYS BEFORE THE CHANGE. IF NOTIFYING THE PROBATION OFFICER AT LEAST 10 DAYS IN ADVANCE IS NOT POSSIBLE DUE TO UNANTICIPATED CIRCUMSTANCES, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS OF BECOMING AWARE OF A CHANGE OR EXPECTED CHANGE."<br><br>PEARSON has failed to obtain full-time employment. He was referred for employment services on November 9, 2022; January 7, 2023; February 3, 2023; March 1, 2023; and May 4, 2023. |
| 3 | **Violation of Standard Condition No. 9:** "IF YOU ARE ARRESTED OR QUESTIONED BY A LAW ENFORCEMENT OFFICER, YOU MUST NOTIFY THE PROBATION OFFICER WITHIN 72 HOURS." |

| PROB 12C (Rev. 08/18) | **VIOLATION REPORT PART 1: PETITION FOR WARRANT** | **U. S. Probation Office** Eastern District of Michigan | **PACTS** 2626013 | **DATE** 07/06/2023 |
|---|---|---|---|---|
| **NAME** PEARSON JR., David Leron | | **OFFICER** Timothy M. Clolinger | **JUDGE** Linda V. Parker | **DOCKET #** 16-CR-20601-01 |

PEARSON failed to report being questioned by a law enforcement officer for Possession with Intent to Deliver Fentanyl on May 31, 2023.

**4**    **Violation of Special Condition:** "THE DEFENDANT SHALL NOT USE OR POSSESS ALCOHOL IN ANY CONSUMABLE FORM, NOR SHALL THE DEFENDANT BE IN THE SOCIAL COMPANY OF ANY PERSON WHOM THE DEFENDANT KNOWS TO BE IN POSSESSION OF ALCOHOL OR ILLEGAL DRUGS OR FREQUENT AN ESTABLISHMENT WHERE ALCOHOL IS SERVED FOR CONSUMPTION ON THE PREMISES, WITH THE EXCEPTION OF RESTAURANTS."

On December 14, 2022, PEARSON submitted to urinalysis that tested positive for alcohol. PEARSON admitted to drinking Eggnog with alcohol on December 13, 2022.

| I declare under penalty of perjury that the foregoing is true and correct. **PROBATION OFFICER** s/Timothy M. Clolinger/mt 810 341-7876 | **DISTRIBUTION** Court |
|---|---|
| **SUPERVISING PROBATION OFFICER** s/Warren L. Henson 810 341-7861 | **PROBATION ROUTING** Data Entry |

**THE COURT ORDERS:**

[ X ]    The issuance of a warrant

[  ]    Other


      s/Linda V. Parker
United States District Judge

7/6/2023
Date

Page **3** of **3**